IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **HARLEE DRURY and HEATHER REIMERS,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AMERICAN AIRLINES, INC.,**<br><br>Defendants. | **CASE NO: 423-113**<br><br>**JOINT STATEMENT RE: DISPOSITION STATUS AS OF SEPTEMBER 5, 2024** |

Pursuant to this Court's August 30, 2024, Order (Docket 43), the parties hereby jointly submit this status report regarding disposition of the case. As of September 5, 2024, no final disposition has occurred. The case shall proceed as scheduled.

DATED: September 5, 2024.

**Original filed**.

**PEDDICORD WHARTON, LLP**

*s/Randy Wilharber*_____
**Randy J. Wilharber          AT0008505**
4949 Westown Pkwy., Suite 200
West Des Moines IA 50266
Phone/Fax: 515-243-2100 / 515-243-2132
**ATTORNEY FOR DEFENDANTS**

**MARQUESS LAW OFFICE, P.C.**

*s/Michael Marquess*_____
**Michael Marquess          AT0004892**
**Wes Hoyer                 AT0014502**
**Taylor Reichardt          AT0014120**
Marquess Law Office, P.C.
203 W. High St., PO Box 51
Toledo, IA 52342
**ATTORNEYS FOR PLAINTIFFS**
