IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION OF IOWA

| | |
|---|---|
| HARLEE DRURY and, HEATHER REIMERS, | CASE NO. 4:23-cv-00113-SHL-SBJ |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

COME NOW Plaintiffs, by and through undersigned counsel, and provide notice to the Court that the parties have reached a settlement in this matter.

The terms of the settlement agreement require full performance within the next sixty days. Upon full performance the Plaintiffs will dismiss this matter with prejudice.

WHEREFORE, the Plaintiffs respectfully request that the trial set in this matter for October 7, 2024, be cancelled and the matter be set for status hearing sixty days from now.

Respectfully submitted,

/s/Michael Marquess
Michael Marquess  AT0004892
Marquess & Hoyer Law Office, P.C.
203 W. High St., P.O. Box 51
Toledo, IA 52342
641-484-1001
mike@mhlawia.com
ATTORNEY FOR PLAINTIFFS

1